# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 30, 2010

No. 10-20026
Summary Calendar

Lyle W. Cayce
Clerk

DONAVAN AMORRIS LONDON,

Plaintiff - Appellant

v.

FEDERAL BUREAU OF INVESTIGATIONS (FBI),

Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Texas
No. 4:09-CV-2979

Before KING, JOLLY, and GARZA, Circuit Judges.

PER CURIAM:[*]

Donavan Amorris London, proceeding *pro se*, has sued the FBI under 42 U.S.C. § 1983, which does not apply to the federal government, *Affiliated Professional Home Health Care Agency v. Shalala*, 164 F.3d 282, 286 (5th Cir. 1999). The district court's dismissal was appropriate.

All outstanding motions in this case are DENIED.

The judgment of the district court is

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.